IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv258-T |
| | ) | WO |
| TERESA JUNE EDMONDSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on April 29, 2005 (Doc. 6), and for good cause, it is

ORDERED that:

1. The motion for extension of time filed by the United States (Doc. 6) is GRANTED; and

2. The United States is GRANTED an extension from May 2, 2005, to and including May 27, 2005, to file a response to Edmondson's § 2255 motion in compliance with this court's order entered on April 1, 2005.

Done this 3rd day of May, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE