IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05cv258-T |
| | ) | WO |
| TERESA JUNE EDMONDSON | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file an amendment, filed by the movant on April 6, 2005 (Doc. 3), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of November, 2005.


          /s/Charles S. Coody
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE